USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYNDA T. STEWART

              Plaintiff,

  -against-

FASHION INSTITUTE OF TECHNOLOGY,

              Defendant.
------------------------------------------------------------X

**ORDER**
18 CV 12297 (LTS) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephone conference shall be held in the above captioned action on February 5, 2020, at 10:00 a.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
         January 28, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE