UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20

----------------------------------------------------------------------X
LYNDA T. STEWART                                      :
                                                     :
                    Plaintiff,                       :
                                                     :
         -against-                                   :            **ORDER**
                                                     :        18 CV 12297 (LTS) (KNF)
FASHION INSTITUTE OF TECHNOLOGY,                     :
                                                     :
                    Defendant.                       :
----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

         It is hereby ordered that the telephone conference scheduled previously in the above-

captioned action for February 5, 2020, shall be held on February 11, 2020, at 2:00 p.m. All counsel

are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                        SO ORDERED:
         January 28, 2020

                                                 _Kevin Nathaniel Fox_____
                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE