```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYNDA T. STEWART,                              :

                Plaintiff,                     :

        -against-                              :
                                                                ORDER
FASHION INSTITUTE OF TECHNOLOGY,               :
                                                                18-CV-12297 (LJL)(KNF)
                Defendant.                     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held with counsel to the respective parties on February 11, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. any dispositive motion shall be served and filed on or before April 1, 2020; and

2. the response to any such motion, and any reply, must be made in accordance with Local Civil Rule 6.1 of this court.

Dated: New York, New York
       February 18, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE