**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

LYNDA STEWART,

                Plaintiff,                        18 **CIVIL** 12297 (LJL)

        -against-                             **JUDGMENT**

FASHION INSTITUTE OF TECHNOLOGY,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2020, Defendant is entitled to summary judgment on all counts, and the complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
          November 17, 2020

                                                            **RUBY J. KRAJICK**
                                                            _____
                                                               **Clerk of Court**
                                       **BY:**
                                                                _____
                                                                **Deputy Clerk**